IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PANFILO DOMINGUEZ-AMADOR, <br><br> Defendant. | **8:01CR180** <br><br> **ORDER** |

This matter is before the Court on the government's motion to dismiss (Filing No. 126) and the Defendant's motion to dismiss (Filing No. 121). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 126) is granted; and

2. The Defendant's motion to dismiss (Filing No. 121) is denied as moot.

Dated this 23rd day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge